# The Law Office of Noor A. Saab, Esq.

380 N. Broadway, Penthouse West
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

November 10, 2023

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:     <u>Kevin Yan Luis v. The Genius Brand & Company LLC – Case #1:23-cv-07295-LJL</u>

To the Honorable Judge Lewis J. Liman,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently set for November 17, 2023 pursuant to Your Honor's Order dated October 24, 2023 (Dkt. No. 5).  Service was attempted upon the Defendant on October 12, 2023 and was unsuccessful. After investigating, Plaintiff has sent the summons and complaint out for service upon the defendant to a new address on November 9, 2023.  Plaintiff is currently awaiting a response from the process server. Plaintiff respectfully requests an adjournment of the initial conference for thirty (30) days from November 17, 2023 to December 17, 2023 or a date thereafter which is convenient for the Court.  Plaintiff will take this opportunity serve the Defendant personally or via the secretary of state. Plaintiff  intends on reaching the defendant to discuss early resolution options or filing for a default judgment, should the defendant not appear after being served.  This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.


Respectfully submitted,


*/s/ Noor A. Saab, Esq.*


The motion is GRANTED.  The initial conference is adjourned to December 18, 2023 at 3:00 PM.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 15, 2023